IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02048-MEH

RAMIRO A. CORDOVA,

    Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

The Stipulated Motion to Dismiss with Prejudice [filed March 27, 2015; docket #19] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay his or its own attorney's fees and costs.

Dated at Denver, Colorado this 27th day of March, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge